Case 7:07-cv-11560-KMK   Document 5   Filed 02/29/2008   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

WILBERT MOORE,

                Plaintiff,

-v-

TOWN OF GREENBURGH and
WESTCHESTER COUNTY,

                Defendants.

Case No. 07-CV-11560 (KMK)

**MOTION SCHEDULING ORDER**
Non-ECF Case

---

KENNETH M. KARAS, District Judge:

    On the basis of the premotion conference held today before the Court:

        It is ORDERED that each Defendant is granted leave to file a motion to dismiss that shall be served on Plaintiff not later than April 7, 2008.  Plaintiff shall serve on opposing counsel his opposition papers not later than May 16, 2008. Each Defendant shall serve on Plaintiff any reply papers not later than June 6, 2008.

    Each party shall submit one courtesy copy of any paper to the Court at the same time such papers are served on other parties.  Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

    If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

Dated:     February 29, 2008
             White Plains, New York

                                                        KENNETH M. KARAS
                                                        UNITED STATES DISTRICT JUDGE